MATZENE, Respondent, v. GODFREY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 24, 1915.) Action by Antonia Baumer Matzene against James J. Godfrey and another. No opinion. Interlocutory judgment affirmed, with costs.

Antonia Baumer MATZENE, respt., v. James J. GODFREY and one, applts. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Motion for new trial under section 1001 denied, with $10 costs. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied with $10 costs.

MAYERS v. BLOOMINGDALE et al. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Action by Samuel Mayers against Samuel J. Bloomingdale and others. No opinion. Motion granted, without costs; trial stayed until hearing of appeal. Settle order on notice. See, also, 154 N. Y. Supp. 1132.

Samuel MAYERS, Applt., v. Samuel J. BLOOMINGDALE et al., Respts. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

MAYOR LANE & CO. v. COMMERCIAL CASUALTY INS. CO. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Action by Mayor Lane & Co. against the Commercial Casualty Insurance Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 155 N. Y. Supp. 75.

MECCA REALTY CO., Applt., v. ARTHUR W. TAMS MUSIC LIBRARY, Inc., Respt. (Supreme Court, Appellate Division, First Department. January 21, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Nathan MEDWIN, Respt., v. B. & S. Realty Co., Applt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Apolina Kurgan MEES, respt., v. PITTSBURGH LIFE & TRUST CO., applt. (Action No. 1.) (Supreme Court, Appellate Division, Fourth Department. December 8, 1915.) Judgment affirmed with costs. All concur.

MEGUIN v. BUEHLER et al. (Supreme Court, Appellate Division, Second Department. December 8, 1915.) Action by Rose Meguin against Mary Buehler and others. No opinion. Motion denied. See, also, 141 N. Y. Supp. 177.

Frederick MEIS, respondent, v. Charles RECHT, appellant, and Henry B. Salisbury, defendant. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Order reversed, with $10 costs and disbursements, and motion granted, without costs, without prejudice to plaintiff serving an amended complaint within 20 days on payment of costs herein awarded. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Fred J. MEISTER, respt., v. Thomas EGAN, applt. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Judgment and orders affirmed with costs. All concur.

Fred P. MEISTER, respt., v. Thomas W. EGAN, applt. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Motion for leave to appeal to Court of Appeals denied, with $10 costs.

Charles MELE, respondent, v. Rosina BONAGURA, as executrix, etc., of Salvatore Bonagura, deceased, appellant. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) The defendant Rosina Bonagura was brought into this action as administratrix of the goods and chattels of Salvatore Bonagura, deceased. In such capacity she did not become vested with the real property of the decedent. The absence from this action of the heirs at law or devisees of the decedent as parties defendant renders it impossible to uphold the judgment of foreclosure and sale. The judgment of the County Court of Kings County is reversed, with costs and disbursements of this appeal to the appellant, and a new trial is ordered, costs to abide the final award of costs. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

Orrin MERRITT, respt., v. The LOOMIS OPERA HOUSE COMPANY, applt. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) Motion denied.

In the Matter of Carrie M. METCALF, deceased. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Decree affirmed, with costs. No opinion. Order filed.

METROPOLITAN TRUST CO. OF N. Y., Respt., v. LONG ACRE ELECTRIC LIGHT & POWER CO., impld., Applt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Matter of Nicholas MEYER, Applt., v. Eugene M. TRAVIS, State Comptroller, Respt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

John A. MIDDLETON, Respt.-Applt., v. John FARSON and ano., Applts.-Respts. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order modified as directed in order, and as modified affirmed, without costs. No opinion. Order filed.